UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ANGEL SIFUENTES III,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.  25-cv-09666-VKD<br><br>**ORDER REFERRING CASE FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-captioned matter is referred to the Honorable Joseph C. Spero for consideration of whether the case is related to Case No. 3:22-cv-03102-JCS *Sifuentes v. Google, LLC*.

**IT IS SO ORDERED.**

Dated: November 13, 2025

Virginia K. DeMarchi
United States Magistrate Judge